eral *McGrath, Robert S. Erdahl* and *Andrew F. Oehmann* for the United States.

No. 978. BOWEN *v.* UNITED STATES. April 29, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Dupuy G. Warrick* for petitioner. *Solicitor General McGrath* and *Robert S. Erdahl* for the United States.

No. 979. 11,000 ACRES OF LAND ET AL. *v.* UNITED STATES. April 29, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *C. G. Calhoun* and *W. M. Streetman* for petitioners. *Solicitor General McGrath, J. Edward Williams* and *Roger P. Marquis* for the United States.

No. 983. AGWILINES, INC. *v.* THE SAN VERONICO ET AL. April 29, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Chauncey I. Clark* for petitioner. *Edwin S. Murphy* for respondents.

No. 990. H. REEVE ANGEL & CO., INC. *v.* UNITED STATES. April 29, 1946. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Frederick W. Brooks* for petitioner. *Solicitor General McGrath, Assistant Attorney General Rao* and *John R. Benney* for the United States.

No. 1000. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA *v.* SMOOT. April 29, 1946. Petition for writ of